UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY DALE,

    Plaintiff,

v.

Case No. 25-cv-11754
Hon. Matthew F. Leitman

DETROIT PROPERTY COMPANY, *et al.*,

    Defendants.
_____/

### ORDER (1) TERMINATING MOTION FOR TEMPORARY RESTRAINING ORDER (ECF No. 3) AS MOOT AND (2) DENYING MOTION FOR PRELIMINARY INJUNCTION (ECF No. 5)

On June 11, 2025, Plaintiff Jerry Dale filed a motion for a temporary restraining order in this action. (*See* Mot., ECF No. 3.) After Dale filed that motion, he filed (1) an Amended Complaint (*see* Am. Compl., ECF No. 4) and (2) a motion for preliminary injunction (*see* Mot., ECF No. 5). The motion for preliminary injunction superseded Dale's motion for a temporary restraining order. The Court therefore **TERMINATES** Dale's motion for temporary restraining order as moot.

The Court held a hearing on Dale's motion for a preliminary injunction on June 13, 2025. For the reasons explained on the record during that hearing, the motion for preliminary injunction is **DENIED**.

    **IT IS SO ORDERED**.

Dated: June 13, 2025

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 13, 2025, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126