UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY DALE,

        Plaintiff,

v.

        Case No. 25-cv-11754
        Hon. Matthew F. Leitman

DETROIT PROPERTY COMPANY, *et al.*,

        Defendants.
_____/

### ORDER RENEWING REQUEST FOR PLAINTIFF TO FILE NOTICE WITH THE COURT

On February 4, 2026, the Court entered an Order directing Plaintiff Jerry Dale to either (1) have new counsel file an Appearance in this action on his behalf or (2) file a notice with the Court that he intends to represent himself. (*See* Order, ECF No. 14.) The Court is concerned about whether the February 4th Order was served on Dale, so it is hereby reissuing the terms of that Order and will serve Dale itself.

Accordingly, **IT IS HEREBY ORDERED** that by no later than **28 days from service of this Order**, Dale shall either (1) have new counsel file an Appearance in this action on his behalf or (2) file a notice with the Court that he intends to represent himself. If new counsel does not appear on Dale's behalf or if Dale does not file the notice described above that he plans to represent himself, the Court will dismiss this action without prejudice for failure to prosecute.

1

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 25, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 25, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2