UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY DALE,

Plaintiff,

Case No. 25-cv-11754
Hon. Matthew F. Leitman

v.

DETROIT PROPERTY COMPANY LLC, *et al.*,

Defendants.

______________________________________________________________________/

**ORDER DISMISSING COMPLAINT (ECF No. 1)**

In this action, Plaintiff Jerry Dale brings claims against Defendants Detroit Property Company LLC and others. (*See* Compl., ECF No. 1.) On February 4, 2026, the Court entered an order (1) granting Dale's counsel's motion to withdraw and (2) directing Dale to either have new counsel file an Appearance on his behalf or file a notice with the Court that he intended to represent himself. (*See* Order, ECF No. 14.) The Court further ordered Dale's counsel to serve the order on Dale and to file a Certificate of Service with the Court. (*See id.*)

Dale's counsel failed to file a Certificate of Service as directed. The Court therefore had a concern that the February 4th Order was not served on Dale. Thus, on June 25, 2026, the Court served a new order on Dale that directed him to either have new counsel file an Appearance on his behalf or file a notice with that he intended to represent himself by no later than July 23, 2026. (*See* Order, ECF No.

15, PageID.142.) The Court further warned Dale that "[i]f new counsel [did] not appear on Dale's behalf or if Dale [did] not file the notice described above that he plans to represent himself, the Court [would] dismiss this action without prejudice for failure to prosecute." (*Id.*)

No attorney has filed an Appearance for Dale. Nor has Dale filed a notice that he intends to represent himself in this action. Finally, Dale has not contacted the Court to ask for additional time to comply with the Court's June 25th order. Moreover, on July 16, 2026, the June 25th order that the Court attempted to serve on Dale returned to the Court as undeliverable and unable to forward. (*See* ECF No. 16.) It therefore appears that Dale has failed to comply with his obligation under Local Rule 11.2 to provide the Court current and updated contact information. Dale's failure to do so is not a mere technical violation of the rules. Without a current address or accurate contact information, the Court has no way of administering this civil action.

Accordingly, based on Dale's failure to comply with the requirements of the Court's June 25th order, and his failure to provide the Court his current and updated contact information, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 29, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 29, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126